# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# ORANGEBURG DIVISION

| | |
|---|---|
| Johnny Eason, Personal Representative of the Estate of Shannon Eason<br><br>*Plaintiff,*<br>vs.<br><br>Willie Bamberg, Capt. Leola McCutchen, Sgt. Shaletha Murphy, Lt. Carolyn Murdock, Ofc. Tahsha Jarrett, and Ofc. Toni Bradley,<br><br>and Paul C. Drago, MD<br><br>*Defendant*. | CASE NO.: 9:16-CV-748-RBH-BM<br><br>**CONSENT ORDER OF TRANSFER** |

The Court has been informed that the above-captioned Federal Civil Action brought under 42 U.S.C. § 1983 has been settled by agreement between the parties. The Court is further informed that the Plaintiff has also reached a settlement agreement with Defendant Orangeburg County regarding causes of action filed in a civil claim pending in the South Carolina Court of Common Pleas, case number 2015-CP-38-00608. Both of these matters require Court approval pursuant to South Carolina Code Annotated § 15-51-42.

The Court is further informed that the Plaintiff intends to seek joint approval of these settlements in State Court. Accordingly, the parties request that this Court transfer jurisdiction of the settlement of this action to State Court for consideration and approval pursuant to South Carolina Code Annotated § 15-51-42(D), which provides that "[f]or any actions pending in the federal courts, …the federal court, at its discretion, may issue an order transferring the case to state court for consideration of the proposed settlement."

2

In light of the fact that the Plaintiff intends to seek joint approval in State Court of the settlement in the case pending before this Court and the settlement in the case pending in State Court, the above-captioned matter is hereby transferred to the Circuit Court of Orangeburg County for consideration of the proposed wrongful death settlements.

Based on the above, this Order is for purposes of settlement approval alone and in no way terminates or dismisses the federal case. If the settlement is not approved, the federal case will continue in this Court. If the settlement is approved, a stipulation of dismissal will be submitted to the Court for filing purposes.

IT IS SO ORDERED.

| | |
|---|---|
| September 22, 2016 | s/ R. Bryan Harwell |
| Florence, South Carolina | R. Bryan Harwell |
| | United States District Judge |

WE CONSENT:

s/Lauren V. Knight
Lauren V. Knight
C. Carter Elliott, Jr.
Elliott & Phelan, LLC
PO BOX 1405
Georgetown, SC 29442

WE CONSENT:

s/Norma Jett
Norma Jett
Alison Hood
Ness & Jett, LLC
2878 Main Highway
P.O. Box 909
Bamberg, S.C. 29003